United States District Court
Southern District of Texas
**ENTERED**
May 26, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALEJANDRINO BENITEZ, JESUS SANCHEZ, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-14-3591 |
| APOLLO AUTO SALES & SERVICE, INC., d/b/a MEMORIAL PARK CAR, CARE CENTERS, and ABED M. ELISSA, | § § § § § | |
| Defendants. | § | |

## **ORDER**

The court has been notified that Attorney Afton Jane Izen received a three-year, fully probated suspension from the State Bar of Texas on April 15, 2016, which runs from May 1, 2016, until April 30, 2019. A lawyer suspended or disbarred by another court in the United States must immediately cease practicing before this court. *See* Rules of Discipline, United States District Court, Southern District of Texas, Rule 3.A. Afton Jane Izen must immediately end her involvement in this case.

Afton Jane Izen is **suspended** from practice in this case, effective May 1, 2016. By June 10, 2016, she must give file proof that she gave written notice of this suspension along with a copy of this Order, to her client, defendant Apollo Auto Sales. Apollo Auto Sales must obtain new counsel, who must appear in this case by July 15, 2016.

Also by June 10, 2016, Afton Jane Izen must give the court written notice of the current address and telephone number of Apollo Auto Sales to serve them with papers filed in this case.

SIGNED on May 26, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge